# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Vidal Licea Morales,

        Petitioner,

v.

Jared Rardin,

        Respondent.

Civ. No. 24-4635 (JWB/JFD)

**ORDER ACCEPTING
REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE**

---

Vidal Licea Morales, pro se Petitioner.

Ana H. Voss, Esq., and Trevor Brown, Esq., United States Attorney's Office, counsel for Respondent.

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on December 5, 2025. (Doc. No. 15.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

    1.    The December 5, 2025 Report and Recommendation (Doc. No. 15) is **ACCEPTED**; and

    2.    Petitioner Vidal Licea Morales's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: January 9, 2026                                  *s/ Jerry W. Blackwell*
                                                      JERRY W. BLACKWELL
                                                      United States District Judge